# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**American Biosystems, Inc.,** **Civil No. 00-2646 (DWF/SRN)**

**Plaintiff,**

v.

**ORDER**

**Electromed, Inc.,**

**Defendant.**

---

The above-captioned matter came on for hearing before the undersigned Magistrate Judge of United States District Court on March 7, 2002, upon plaintiff's Motion to Compel (Doc. No. 21). ABI's motion to compel is GRANTED in all respects. Defendant is hereby ORDERED to produce all documents in its possession related to Plaintiff's Document Request Nos. 3, 12,15, 16, 23 and 26 and specifically all documents discussed in Plaintiff's Memorandum in Support of Motion to Compel Production of Documents. This production shall include the following:

1. Complete bill of materials used in the Medpulse 2000;

2. One complete set of exploded engineering drawings for the Medpulse 2000;

3. All prior and later versions of the sales training manual produced October 24, 2001;

4. Communications with potential shareholders or existing shareholders describing company plans and strategies;

5. Briefing documents supporting shareholders presentations to groups such as potential distributors or corporate allies;

6. Documents generated in connection with proposed sales of shares of stock;

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

7. Financial statements produced on a monthly basis, as well as balance sheets and profit and loss statements; and

8, Memorandum prepared by Caroline Winslow regarding interviews with 3-6 cystic fibrosis patients (*See* Electromed 30(b)(6) deposition pages 23-24, Document Request number 8).

These documents shall be produced no later than March 15, 2002.

Dated: March 7, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge