**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**American Biosystems, Inc.,** **Civil No. 00-2646 (DWF/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Electromed, Inc.,**

**Defendant.**

---

The above-captioned matter came before me on the Motion of American Biosystems, Inc. for an Order allowing it to change its corporate name in the proceeding entitled American Biosystems, Inc. v. Electromed, Inc. (Doc. No. 24). Defendant does not object to the motion.

Now, therefore, based upon all the files, records and proceedings herein, it is hereby ORDERED:

The corporate name of American Biosystems, Inc. shall be corrected in the action entitled American Biosystems, Inc., v. Electromed, Inc. to read Advanced Respiratory, Inc. v. Electromed, Inc. Accordingly, from the date of this Order forward, the title of this action shall be:

Advanced Respiratory, Inc. v. Electromed, Inc.

Dated: March 7, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK