134481
RECEIVED
BY MAIL
APR 17 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-2646 DWF/SRN Case Title: Advanced Respiratory v. Electromed

### Affidavit of Movant

I, Richard John Bartz, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Paul A. Koches, an attorney admitted to practice in the ______ District of Columbia, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Electromed, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| R John Bartz (signature) | 166364 | April 16, 2002 |
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, Paul A. Koches, am currently a member in good standing of the U.S. District Court for ______ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Paul A. Koches | Paul A. Koches (signature) | April 16, 2002 |
| Type/Print Name | Signature | Date |

Attorney License Number: 253104
Law Firm Name & Address: Arent Fox Kinter Plotkin & Kahn PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: 202/775-5795

Motion Granted: Richard D. Sletten (signature) APR 17 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

APR 17 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______