# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Advanced Respiratory, Inc., Plaintiff, vs. Electromed, Inc., Defendant. | **Civil Action No. 00-2646 DWF/SRN** **SUPPLEMENTAL STIPULATION FOR PROTECTIVE ORDER** |

Plaintiff Advanced Respiratory, Inc., and Source CF, Inc., through their respective undersigned counsel, do hereby stipulate and agree that all Rule 45 discovery pursuant to the Subpoena and related Deposition Notice and Request for Production of Documents served upon Source CF shall be conducted pursuant to the terms and conditions of the Stipulated Protective Order entered and filed in this matter as of April 3, 2001.

Dated: 4/19/02

**OPPENHEIMER WOLFF & DONNELLY LLP**

Edward F. Fox, #3132X
Edward M. Laine, #59535
Cyrus A. Morton, #287325
David J. McKinley, #295814
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**LANGE SIMPSON**
Frank K. Noojin
William L. Waudby
200 West Court Square
Suite 101
Huntsville, Alabama 35801-4849
Telephone: (256) 533-3500
Facsimile: (256) 533-4100

**CO-COUNSEL FOR PLAINTIFF ADVANCED RESPIRATORY, INC.**

MAY 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5/01/02

**MCGEHEE & ORMSTEDT**

David McGehee
2319 Market Place
Suite A
Huntsville, Alabama 35801
Telephone: (256) 536-7008
Fax (256) 536-8778

**COUNSEL FOR SOURCE CF, INC.**

**ORDER**

It is so ordered.

Dated: May 8, 2002

Susan R. Nelson
Magistrate Judge of United States District Court