**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Advanced Respiratory, Inc.,** **Civil No. 00-2646 (DWF/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Electromed, Inc.,**

**Defendant.**

---

Edward M. Laine, Esq., Cyrus A. Morton, Esq., and David M. McKinley, Esq., on behalf of Plaintiff.

Richard O. Bartz, Esq. and Richard J. Bartz, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on Plaintiff's Motion to Shorten Time Under Local Rule.

On May 10, 2002, Defendant brought a Motion to Compel Discovery. In response, on May 21, 2002, Plaintiff brought a Motion for Protective Order as part of its opposition to Defendant's motion. The Motion to Compel Discovery is scheduled to be heard by the undersigned United States Magistrate Judge on May 28, 2002. Plaintiff believes that arguments concerning the protective order issue should be heard at the same time the Court hears the Motion to Compel Discovery. Accordingly, through its Motion to Shorten Time Under Local Rule, Plaintiff seeks to shorten Defendant's time to respond to its Motion for Protective Order, so that that motion can also be heard at the May 28 2002 hearing.

The Court grants Plaintiff's Motion to Shorten Time Under Local Rule. The Motion for

FILED MAY 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Protective Order involves the same issues as the Motion to Compel Discovery. Therefore, it is appropriate that they both be argued at the same hearing. As a result, Defendant is instructed that it has until Monday May 27, 2002 at noon, to respond to Plaintiffs' Motion for Protective Order. Defendant should file its response, and also deliver a copy to Magistrate Judge Nelson's chambers by that time, so that the Court will have sufficient time to prepare for the hearing on the following day.

**THEREFORE, IT IS HEREBY ORDERED that:**

Plaintiff's Motion to shorten Time Under Local Rule is **GRANTED**.

Dated: May 21, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge