**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Advanced Respiratory, Inc.,**

**Plaintiff,**

**v.**

**Electromed, Inc.,**

**Defendant.**

**Civil No. 00-2646 DWF/SRN**

**ORDER**

---

The above-captioned matter came on for hearing before the undersigned Magistrate Judge of United States District Court on July 9, 2002, upon Plaintiff's Motion to Compel [Doc. No. 53]. Advanced Respiratory's Motion to Compel [Doc. No. 53] is GRANTED in all respects. Defendant is hereby ORDERED to permit inspection of documents and produce discovery responses no later than July 22, 2002, as follows:

1. All sales information, particularly by units and dollars, in response to Advanced Respiratory's Interrogatory Nos. 2 and 3, Document Request No. 14 and 30(b)(6) Deposition Notice dated March 18, 2002, Topic 14;

2. All documents reflecting design and testing of any version of the Medpulse 2000 in correspondence with Document Request No. 5 including all documents kept under the FDA requirements of 21 C.F.R. part 820;

3. In accordance with topic 5 of Advanced Respiratory's 30(b)(6) Notice dated March 18, 2002, Electromed must either sign the proposed Stipulation that all opinions related to Advanced Respiratory patents at issue in this litigation have been produced, or in the alternative, produce a

FILED JUL 10 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

knowledgeable witness to testify to the full scope of all patent opinions;

4. Answer Interrogatory Nos. 8 - 52;

5. Answer Document Request Nos. 58 - 96 and produce for inspection and copying all documents responsive thereto;

Additionally, as to Interrogatory Nos. 8 - 52 and Document Request Nos. 58 - 96, the scheduling order is hereby modified to allow Advanced Respiratory to challenge the sufficiency of any responses received such that any motion must be brought within two weeks of having received the responses.

DATED: July 9, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge