**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Advanced Respiratory, Inc.,
Plaintiff,

v.

Electromed, Inc.,
Defendant.

Civil No. 00-2646 (DWF/SRN)

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Electromed, Inc.,
Plaintiff,

v.

Advanced Respiratory, Inc.,
Defendant.

Civil No. 02-2912 (DSD/SRN)

Case No. 00-2646 (DWF/SRN) having been assigned to Judge Donovan W. Frank and Case No. 02-2912 (DSD/SRN) having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-2912 (DSD/SRN) be assigned to Judge Donovan W. Frank nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed May 30, 2002.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 20, 2002

DONOVAN W. FRANK
Judge of United States District Court

Dated: August 21, 2002

DAVID S. DOTY
Judge of United States District Court

(71)

Filed AUG 22 2002
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials