**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Advanced Respiratory, Inc.,** **Civil No. 00-2646 (DWF/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Electromed, Inc.,**

**Defendant.**

---

Cyrus A. Morton, Esq., on behalf of Plaintiff.

Paul A. Koches, Esq. and William J. George, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On July 22, 2002, the Court granted Defendant's Motion to Compel Discovery of Fish & Richardson Patent Opinion. On September 4, 2002, the Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, issued an Order affirming the Court's July 22, 2002 Order, with the following modification:

"Plaintiff is ordered to present the Fish & Richardson Patent Opinion Document to Magistrate Judge Susan Richard Nelson for *in camera* review. If the *in camera* review does not yield new information which renders the Magistrate Judge's decision inaccurate in some way, the document will then be turned over to the Defendant."

After reviewing the document, the Court finds that its decision in the July 22, 2002 Order remains accurate, and the document should be disclosed to Defendant. The opinion contained may be irrelevant to claim construction. But it includes reasoning and the conclusion that

FILED [illegible] 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff's product, the Model 103, which is covered by Plaintiff's U.S. Patent No. 6,036,662 (the '662 Patent), does not infringe the University of Minnesota's U.S. Patent No. 4,838,263 (the '263 Patent). That opinion is clearly relevant to the larger argument that Defendant's Medpulse 2000 infringes both the '662 and '263 Patents, and provides a potential inconsistency with Plaintiff's current position.

**THEREFORE, IT IS HEREBY ORDERED that:**

The Court's Order granting Defendant's Motion to Compel Discovery of Fish & Richardson Patent Opinion remains in effect, and Plaintiff is directed to disclose the document to Defendant within ten days of this Order.

Dated: October 10, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge