**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Advanced Respiratory, Inc.,<br>Plaintiff,<br>vs.<br>Electromed, Inc.,<br>Defendant. | Civil Action No. 00-2646 DWF/SRN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The above entitled matter having been fully settled and compromised between the parties, it is hereby stipulated and agreed, by and between the undersigned, as counsel for the respective parties, that the above-entitled matter shall be dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees. It is further stipulated that the Court may retain jurisdiction solely for the purpose of enforcing the Settlement Agreement between the parties dated September 5, 2003, and that the Court may enter an order of dismissal pursuant to this Stipulation.

Dated: Sept. 8, 2003.

BRIGGS AND MORGAN, P.A.

By [signature]
John B. Lunseth II (#065341)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8400

and

Richard O. Bartz (#5174)
Richard J. Bartz (#166364)
Bartz & Bartz, P.A.
Southdale Office Centre
6750 France Avenue South, Suite 350
Edina, Minnesota 55435-1983
Telephone: (952) 920-3959

*Attorneys for Defendant Electromed, Inc.*

SEP 10 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1566680v1

Dated: Sept. 8, 2003.

OPPENHEIMER, WOLFF & DONNELLY, LLP

By Edward M. Laine
Edward M. Laine (#59535)
Plaza VII
Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
(612) 607-7000

***Attorneys for Plaintiff Advanced Respiratory, Inc.***

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation for Dismissal between counsel for the parties hereto, it is hereby **ORDERED** that the above-entitled mater is hereby dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees. It is further **ORDERED** that this Court shall retain jurisdiction solely for the purpose of enforcing the Settlement Agreement between the parties dated September 5, 2003.

Dated: September 10, 2003

Honorable Donovan W. Frank
Judge of United States District Court



1566680v1